**Wallace J. LAWRENCE, Respondent,**

v.

**WILLMAN TRUCKING, INC., and
SFM Insurance Company,
Relators,**

and

**Minneapolis Clinic of Neurology,
Healthpartners, Unity Hospital, and
Orthopaedic Partners, P.A., Intervenors.**

No. A08–815.

Supreme Court of Minnesota.

Aug. 19, 2008.

Howard S. Carp, Borkon, Ramstead, Mariani, Fishman & Carp, Ltd., Minneapolis, MN, for respondent.

Steven T. Scharfenberg, Lynn, Scharfenberg & Associates, Minneapolis, MN, for relators.

■

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 14, 2008, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Eric J. Magnuson
Chief Justice

DIETZEN, J., took no part in the consideration or decision of this case.